# CRIMINAL COURTROOM MINUTE SHEET
## GRAND JURY ARRAIGNMENT

**DATE:** Dec 11, 2025      **CASE:** CR-25-499-JD

**Start Time:** 2:15      **End Time:** 2:34      **COURTROOM:** 103

**MAGISTRATE JUDGE SHON T. ERWIN**      **COURTROOM DEPUTY ANDREA CASTER**

**UNITED STATES OF AMERICA vs.** Tashella Sheri Amore Dickerson

Defendant States true and correct name as: same      **AGE:**

**Government Cnsl:** Jessica Perry      **Defendant Cnsl:** Sanjuanita Martinez

**U.S. Probation Officer:** Jennifer Jones      Public Defender

☒ Defendant Appears, custody of U.S. Marshal with Counsel      **Interpreter:**

☐ Defendant advised of his / her right of consular notification,

☒ Court inquires of Government regarding notification of victim(s) under Justice for All Act.

☒ Dft informed that he / she is not required to make a statement and that any statement made by him / her may be used against him / her.

☒ Dft advised of his / her right to an attorney.      ☒ Dft fully advised of the substance of the count(s).

☒ Dft provided copy of  Indictment      ☒ Dft waives reading of the Indictment by the Court.

☒ Dft enters plea of  Not Guilty

☒ Case set on jury docket beginning the week of  January 13, 2026 before U.S. District Judge Jodi Dishman

☒ Government recommends defendant be released on  conditions

☐ Government recommends defendant be detained based on

☐ Government

  ☐ Upon motion of the Government and request for continuance by

  ☐ Detention Hearing is set for

☐ Defendant waives/reserves right to detention hearing. Waiver/Reservation of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.

☐ Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should defendant's circumstances change.

## The Court Orders:

☒ **FRCrP5(f) REMINDER:** As required by Rule 5(f), the Court reminds the United States of it disclosure obligation under *Brady v. Maryland,* 373 U.S. 83 (1963), and its progeny. Possible consequences for a violation of this obligation may include, but are not limited to, exclusion of evidence at trial, a finding of contempt, granting a continuance, or dismissal of the charges with prejudice

☐ Defendant temporarily detained pending Detention hearing. Written Order entered. Defendant remanded to custody of U.S. Marshal.

☐ Defendant detained per Detention Order previously entered. Defendant remanded to custody of U.S. Marshal.

☐ Defendant released on previously posted bond with conditions per Release Order.

☒ Unsecured Bond set at  5000.00      with conditions per Release Order.

☐ Secured Bond set at      with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.

☐ Defendant remanded to the custody of U.S. Marshal pending execution of bond.

☐ Defendant remanded to the custody of U.S. Marshal.

Defendant motion for travel starting Dec 12th. Government has no objection as long as her itinerary stay the same. Court grants motion for travel starting December 12th to New Orleans.