**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-25-00499-JD |
| | ) | |
| TASHELLA SHERI AMORE | ) | |
| DICKERSON, | ) | |
|    a/k/a Sheri Dickerson, | ) | |
|    a/k/a Sheri Amore, | ) | |
|    a/k/a Rev. T. Sheri Dickerson, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>PROTECTIVE ORDER</u>

Before the Court is Plaintiff United States of America's Unopposed Motion for Protective Order ("Motion") [Doc. No. 19]. Defendant Tashella Sheri Amore Dickerson does not oppose the Motion. Upon review and upon sufficient showing in the Motion, the Court issues this Protective Order concerning the disclosure of discovery materials.

IT IS HEREBY ORDERED that any documents produced to the defense by the government that include any personal data identifiers of Ms. Dickerson, her family members, third parties, or donors, including social security numbers, names of minor children, dates of birth, and financial account numbers, may be disclosed without redactions only to the defense counsel and the agents of defense counsel, except as necessary during court proceedings or during interviews of Defendant or potential witnesses in preparation for trial or other court proceedings.

IT IS FURTHER ORDERED that any documents containing financial account numbers or personal data identifiers of third parties or victims, which are shown to the Defendant or potential witnesses by defense counsel for purposes of preparing for trial or other court proceedings, not be retained by Defendant or witnesses for any purpose.

IT IS FURTHER ORDERED that Defendant, Defendant's attorneys, and the attorneys' agents not disclose any personal data identifiers in the government's discovery except as necessary during court proceedings or during interviews of potential witnesses in preparation for trial or other court proceedings.

IT IS FURTHER ORDERED that defense counsel make all potential witnesses aware of this Order prior to any disclosure to the potential witnesses and that defense counsel instruct the potential witnesses not to disclose the information identified above to others except in the presence of counsel and for the purpose of preparing for trial or other court proceedings.

IT IS SO ORDERED this 12th day of January 2026.


JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE