# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-25-00499-JD |
| | ) | |
| TASHELLA SHERI AMORE DICKERSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the United States' Motion for Pretrial Conference Pursuant to the Classified Information Procedures Act ("CIPA"), 18 U.S.C. app. 3 § 2, and Motion to Designate a Classified Information Security Officer ("CISO") (hereinafter referred to as the "Motion") [Doc. No. 31]. The Motion is unopposed by Defendant Tashella Sheri Amore Dickerson.[1] Having considered the Motion and the record in this case, the Court finds that a CIPA pretrial conference is appropriate to establish procedures for the handling of classified information that may arise in connection with discovery and other pretrial matters and, accordingly, grants the Motion.

Section 2 of CIPA provides that "[a]t any time after the filing of the indictment or information, any party may move for a pretrial conference to consider matters relating to classified information that may arise in connection with the prosecution." 18 U.S.C. app. 3 § 2. Following the filing of a CIPA motion, the Court "shall promptly hold a pretrial

---

[1] The Court's courtroom deputy confirmed with counsel for Ms. Dickerson that the Motion was unopposed.

conference" to establish the timing of discovery, set procedures for the handling, storage, and disclosure of any classified information, and address anticipated issues concerning notice and admissibility under §§ 5 and 6. *See id.*

In this case, the United States anticipates that classified information issues may arise based on alleged uncharged conduct by Ms. Dickerson, the investigation of which may have generated potentially discoverable material. Motion at 21. Accordingly, pursuant to Section 2 of CIPA, the government requests that the Court convene a pretrial conference to address the potential involvement of classified information and its impact on the case, including matters relating to scheduling and discovery deadlines. *Id.*

The Court finds that early consideration of such matters will promote the fair and efficient administration of justice and will assist the Court and the parties in establishing procedures to safeguard classified information while protecting Ms. Dickerson's rights.

Accordingly, the Court ORDERS as follows:

1.      The United States' Motion for Pretrial Conference Pursuant to Section 2 of CIPA and Motion to Designate a CISO is GRANTED.

2.      A CIPA pretrial conference will be held on **April 15, 2026, at 3:00 p.m.**

3.      Pursuant to the Court's authority under CIPA and its inherent authority to manage its proceedings, the Court designates William S. Noble, Security Specialist, as the CISO for this case to perform the duties and responsibilities prescribed for the CISO in the Security Procedures promulgated by the Chief Justice pursuant to Section 9(a) of CIPA, Pub. L. No. 96-456, 94 Stat. 2025.

4.     Security Specialists Jennifer H. Campbell, Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, Harry J. Rucker, and Winfield S. "Scooter" Slade are designated as alternative CISOs in the event that Mr. Noble is unavailable.

IT IS SO ORDERED this 4th day of March 2026.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

3