## COURTROOM MINUTE SHEET

CASE NO. CR-25-00499-JD                                U.S.A. -v- TASHELLA DICKERSON

COMMENCED 3:00 p.m.        ENDED 3:10 p.m.        TOTAL TIME 10 minutes

JUDGE JODI W. DISHMAN        DEPUTY CAROL DITTA        REPORTER CHRISTY CLARK

PROCEEDINGS CIPA Section 2 Pretrial Conference

PLF'S. COUNSEL Jessica Perry and Matthew Dillon, AUSA

DFT'S. COUNSEL Jeffrey Byers and Sanjuanita Martinez, FPD

Counsel appear as noted above. Appearing via telephonic conference are William Noble, the CISO assigned to this case, and Yifei Zheng, the government's CES attorney. The Court convened a pretrial conference pursuant to Section 2 of the Classified Information Procedures Act ("CIPA"). Counsel for the parties confirm they are still currently on track to meet the deadlines in the Court's current Amended Scheduling Order [Doc. No. 30] regarding CIPA.