# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | **No. CR-25-499-JD** |
| | ) | |
| **TASHELLA SHERI AMORE** | ) | |
| **DICKERSON,** | ) | |
| a/k/a Sheri Dickerson, | ) | |
| a/k/a Sheri Amore, | ) | |
| a/k/a Rev. T. Sheri Dickerson, | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

The United States and Defendant Tashella Sheri Dickerson jointly move to amend the Amended Scheduling Order (Doc. 30).  In particular, the parties seek to amend the deadline for the United States' sealed, *ex parte* filing pursuant to Section 4 of the Classified Information Procedures Act ("CIPA"), which is currently due on June 15, 2026.  The parties request the Court reset the deadline for the CIPA 4 to Monday, June 22, 2026.

The parties request a continuance of the CIPA 4 deadline to allow the parties to continue plea negotiations.  The parties believe this case is likely to result in a plea, but the parties are working through a few final terms of the proposed plea agreement.  In the event of a plea, the parties anticipate litigation under CIPA will be unnecessary.  This request is not due to delay or lack of diligence on the Government's part in preparing a CIPA 4 filing. Indeed, the Government has invested significant time and resources in anticipation of filing

the CIPA 4 by the current deadline.  However, the parties seek to avoid investing additional resources that may be unnecessary in the event of an anticipated plea.

The requested change to the Amended Scheduling Order would impact no other deadlines, including the trial setting in December 2026.  The requested amendment would also allow the parties to provide a mid-way status update to the Court by Tuesday, June 23, 2026, as scheduled, should the parties be unable to reach agreement on a plea prior to that time.

Respectfully submitted,

ROBERT J. TROESTER
United States Attorney

s/Jessica L. Perry
Assistant U.S. Attorneys
Jessica L. Perry, OBA No. 22681
Matt Dillon, OBA No. 19321
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8743(Office)
(405) 553-8888 (Fax)
Jessica.Perry2@usdoj.gov
Matthew.Dillon@usdoj.gov

s/ Sanjuanita Martinez
Federal Public Defender
Jeff Byers, OBA No.:  17499
Assistant Federal Public Defender
Sanjuanita Martinez, Minnesota Bar No.: 0403329
215 Dean A. McGee, Suite 109
Oklahoma City, OK 73103
Telephone: 405-609-5930
Facsimile: 405-609-5932
Sanjuanita_Martinez@fd.org
Jeff.Byers@fd.org

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2026, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Sanjuanita Martinez, Counsel to Defendant
Jeff Byers, Counsel to Defendant

_s/ Jessica L. Perry_
JESSICA L. PERRY