# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )
v.                           )    Case No. CR-25-00499-JD
                             )
TASHELLA SHERI AMORE         )
DICKERSON,                   )
                             )
            Defendant.       )

## ORDER

Before the Court is the parties' Joint Motion to Amend the Scheduling Order ("Motion"). [Doc. No. 34]. The Motion seeks an extension of the United States' sealed, *ex parte* filing pursuant to Section 4 of the Classified Information Procedures Act ("CIPA") from June 15, 2026, to June 22, 2026. Motion at 1.

For the reasons stated in the Motion, the Court GRANTS the Motion and extends the deadline for the United States' sealed, *ex parte* CIPA Section 4 filing to **June 22, 2026.**

IT IS SO ORDERED this 9th day of June 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE