IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. CR-25-499-JD |
| | ) | |
| TASHELLA SHERI AMORE | ) | |
| DICKERSON, | ) | |
| | ) | |
| Defendant. | ) | |

## APPLICATION TO SEAL

The United States and Defendant Tashella Sheri Amore Dickerson, jointly apply, pursuant to Local Criminal Rule 12.2, for leave to file a pleading under seal. The parties plan to file a Second Joint Motion to Amend the Scheduling Order, which contains confidential medical information of the Defendant. The parties seek leave to file the motion under seal to protect the Defendant's privacy regarding these sensitive matters.

The Court has the authority to seal documents in appropriate circumstances. *United States v. McVeigh*, 119 F.3d 806, 811 (10th Cir. 1997) (finding that district court has authority to seal judicial documents "if right to access is outweighed by the interests favoring nondisclosure."); *United States v. Hickey*, 767 F.2d 705, 708 (10th Cir. 1985) ("All courts have supervisory powers over their own records and files" and may, in their discretion seal documents . . . .); *Crystal Grower's Corp. v. Dobbins*, 616 F.2d 458, 461 (10th Cir. 1980) ("It is beyond question that this court has discretionary power to control and seal, if necessary, records and files in its possession.").

Therefore, the parties request that the Court issue an Order granting leave to file the

Second Joint Motion to Amend the Scheduling Order under seal.

Respectfully submitted,

ROBERT J. TROESTER
United States Attorney

s/Jessica L. Perry
Assistant U.S. Attorneys
Jessica L. Perry, OBA No. 22681
Matt Dillon, OBA No. 19321
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8743(Office)
(405) 553-8888 (Fax)
Jessica.Perry2@usdoj.gov
Matthew.Dillon@usdoj.gov

s/ Jeff Byers
Federal Public Defender
Jeff Byers, OBA No.:  17499
Assistant Federal Public Defender
Sanjuanita   Martinez,   Minnesota   Bar   No.:
0403329
215 Dean A. McGee, Suite 109
Oklahoma City, OK 73103
Telephone: 405-609-5930
Facsimile: 405-609-5932
Sanjuanita_Martinez@fd.org
Jeff.Byers@fd.org

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2026, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Sanjuanita Martinez, Counsel to Defendant
Jeff Byers, Counsel to Defendant

*s/ Jessica L. Perry*
JESSICA L. PERRY
