**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. CR-25-499-JD |
| | ) | |
| TASHELLA SHERI AMORE DICKERSON, | ) | |
| | ) | |
| | ) | |
| *Defendant*. | ) | |

## MOTION TO WITHDRAW

Counsel requests this Court enter an Order permitting the undersigned to withdraw as counsel of record in this case. Counsel was appointed in accordance with the Criminal Justice Act, Title 18, United States Code, Section 3006A. *Order Appointing Counsel*, filed 12/11/2025, doc. 6; Entry of Appearance, filed 12/15/2025, doc. 11. The undersigned is leaving the Office of the Federal Public Defender for the Western District of Oklahoma, effective July 3, 2026. The undersigned is not eligible to continue serving as counsel of record after that date. The Office of the Federal Public Defender for the Western District of Oklahoma will continue to represent Ms. Dickerson  (Doc. 15). A proposed Order granting the relief requested is being submitted with this motion.

*s/ Sanjuanita A. Martinez*
Sanjuanita A. Martinez
Assistant Federal Public Defender
215 Dean A. McGee Ave., Suite 109
Oklahoma City, Oklahoma   73102
Telephone: (405) 609-5930
Email: Sanjuanita_martinez@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic filing to those registered participants of the ECF system.

*s/ Sanjuanita A. Martinez*
Sanjuanita A. Martinez

2