**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA

**NOTICE OF HEARING**

v.

Case Number: CR-25-00499-JD

TASHELLA SHERI AMORE DICKERSON
**(Defendant is not in custody)**

USM No. N/A

Type of Case:          _____CIVIL          __X___CRIMINAL

☒ *TAKE NOTICE* – That a proceeding in this case has been scheduled for the place, date and time set forth below, before the Honorable Jodi W. Dishman:

Place:    UNITED STATES COURTHOUSE
Courtroom No. **502**
200 N.W. 4th Street
Oklahoma City, Oklahoma 73102

**DATE AND TIME**

**July 29, 2026, at 1:30 p.m.**

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification.

**TYPE OF PROCEEDING:**

**CHANGE OF PLEA HEARING**

☒ *TAKE NOTICE* **– Defendant and defendant's counsel should be prepared to participate in the initial presentence interview with the U.S. Probation Office immediately after the plea hearing. The interview ordinarily takes 1½ to 2 hours.**

☐ *TAKE NOTICE*: that the proceeding below has been rescheduled as indicated below:

Place:   UNITED STATES COURTHOUSE
Courtroom No.
200 N.W. 4th Street
Oklahoma City, Oklahoma 73102

**Date and Time Previously Scheduled**

JUDGE JODI W. DISHMAN

By: /s/ Carol Ditta
Deputy Clerk

cc:    Jessica Perry and Matthew Dillon, AUSA
Jeff Byers, FPD
U.S. Marshal, Western District of Oklahoma
U.S. Probation and Pretrial Services Office