**CHAMBERS MINUTE SHEET**                              DATE  July 28, 2026

CASE NO. CR-25-00499-JD                    U.S.A. -v- TASHELLA SHERI AMORE DICKERSON

COMMENCED 4:20 p.m.          ENDED 4:35 p.m.          TOTAL TIME  15 minutes

JUDGE JODI W. DISHMAN        DEPUTY    CAROL DITTA        REPORTER   N/A

PROCEEDINGS Telephonic Status Conference

PLF'S. COUNSEL Jessica L. Perry and Matthew B. Dillon, AUSA

DFT'S. COUNSEL Jeffrey M. Byers, FPD

The Court convenes a telephonic status conference with counsel to discuss hearing and scheduling. At Defendant's request, the Court strikes the plea hearing set for tomorrow, July 29, 2026, at 1:30 p.m. The Court orders the parties through counsel to confer regarding the previously anticipated plea and to propose a new amended scheduling order. The parties' counsel shall submit their proposed amended scheduling order one week from today to the Court's orders inbox, or by August 4, 2026. The Court advises the parties that they should not anticipate further modifications to the next scheduling order entered in this case.