**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TASHELLA SHERI AMORE DICKERSON,<br><br>Defendant. | ) | CASE NUMBER: CR-25-499-JD |

**ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendant, TASHELLA SHERI AMORE DICKERSON. I certify that I am admitted to practice in this court and am registered to file documents electronically with this Court.

October 6, 2026

s/ Traci L. Rhone
TRACI L. RHONE, OBA No. 19285
ASSISTANT FEDERAL PUBLIC DEFENDER
OFFICE OF THE FEDERAL PUBLIC DEFENDER
WESTERN DISTRICT OF OKLAHOMA
215 Dean A. McGee, Suite 109
Oklahoma City, Oklahoma 73102
Telephone: 405-609-5930
Telefacsimile: 405-609-5932
Electronic Mail: Traci_Rhone@fd.org
Counsel for Defendant