**In the United States District Court**
**for the Western District of Oklahoma**

| | | |
|---|---|---|
| United States of America,<br><br>Plaintiff,<br><br>-vs-<br><br>Tashella Sheri Amore Dickerson,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CR-25-499-JD |

# Entry of Appearance

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendant Tashella Sheri Amore Dickerson. I certify I am admitted to practice in this Court and am registered to file documents electronically with this Court.

October 6, 2026

s/ *Lea Glossip*
Lea Glossip, OBA No. 36647
RESEARCH & WRITING SPECIALIST
OFFICE OF THE FEDERAL PUBLIC DEFENDER
WESTERN DISTRICT OF OKLAHOMA
215 Dean A. McGee, Suite 109
Oklahoma City, OK 73102
(405) 609-5958
lea_glossip@fd.org
Counsel for Defendant